# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE PRENTISS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-2376-S-BT |
| | § | |
| VERIZON WIRELESS TEXAS, LLC | § | |
| d/b/a VERIZON WIRELESS | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This Order addresses the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 27, 2020 [ECF No. 12]. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April ___, 2020.

UNITED STATES DISTRICT JUDGE